

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

N-19-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19CR239 (VAB) |
| v. | : | |
| | : | VIOLATION: |
| ONIEL WILKS, a/k/a "Michael Levar Grant" | : | 8 U.S.C. §§ 1326(a) and (b)(2) (Reentry of Removed Alien) |
| | : | 18 U.S.C. § 1542 (Making a False Statement in a Passport Application) |
| | | 18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft) |

**INDICTMENT**

The Grand Jury charges:

INTRODUCTION

At all times relevant to this Indictment:

1. ONIEL WILKS, the defendant herein, was a citizen of Jamaica with a birth date known to the Grand Jury in 1979.

2. At some point thereafter, the precise date unknown to the Grand Jury, WILKS traveled to Connecticut where he committed and was convicted of various criminal violations. Specifically, WILKS was convicted of the following crimes in the State of Connecticut Superior Court: (1) Possession of a Pistol without a Permit, in violation of Conn. Gen. Stat. § 29-35(a), on or about September 27, 2012; (2) Possession with Intent, in violation of Conn. Gen. Stat. § 21a-277(b)+, on or about September 27, 2012; (3) Larceny 5, in violation of Conn. Gen. Stat. § 53a-125a, on or about July 8, 1999; (4) Credit Card Theft, in violation of Conn. Gen. Stat. §

53a-128c(a), on or about June 26, 1997; (5) Credit Card Fraud, in violation of Conn. Gen. Stat. § 53a-128(d), on or about June 26, 1997; and (6) Larceny 5, in violation of Conn. Gen. Stat. § 53a-125a, on or about June 26, 1997.

3. On or about February 6, 2003, WILKS was convicted in the United States District Court for the District of Connecticut of Passing Counterfeit Notes, in violation of Title 18, United States Code, § 471.

4. In or about 2013, WILKS was arrested by United States immigration agents and was removed from the United States to Jamaica on or about February 27, 2014.

5. On or about March 6, 2015, Florida driver's license number G653-552-81-102-0 was issued to one Michael Levar Grant, with a date of birth known to the Grand Jury in 1981 and a Social Security Number known to the Grand Jury ending in 5827. The photograph on the driver's license was of WILKS, the defendant herein.

6. On or about February 17, 2016 in Danbury, Connecticut, the defendant WILKS submitted or caused to be submitted a passport application in the name of Michael Levar Grant, with a birth date known to the Grand Jury in 1981 and a social security number known to the Grand Jury ending in 5827. A birth certificate for Michael Levar Grant, showing a birthplace of Bridgeport, Connecticut, was submitted in support of the application as was the Florida driver's license described in paragraph 5 above. The application was signed with the name Michael Levar Grant under penalties for perjury.

7. Thereafter, pursuant to the passport application referenced in paragraph 6, WILKS received a passport in the name Michael Levar Grant.

8. On or about February 21 through on or about February 23, 2016, WILKS was at the Mohegan Sun Casino, located in Uncasville, Connecticut.

9. On or about May 1 through on or about May 3, 2017, WILKS was at the Mohegan Sun Casino, located in Uncasville, Connecticut, in the District of Connecticut.

10. On or about May 5 through on or about May 6, 2017, WILKS was at the Mohegan Sun Casino, located in Uncasville, Connecticut in the District of Connecticut.

11. On or about October 23 through on or about October 24, 2018, WILKS was at the Mohegan Sun Casino, located in Uncasville, Connecticut in the District of Connecticut.

## COUNT ONE
(Reentry of Removed Alien)

12. The allegations of the Introduction to this Indictment are repeated and incorporated by reference.

13. On or about the dates set forth in paragraphs 6 and 8 through 11 of this Indictment, in the District of Connecticut, the defendant, ONIEL WILKS, a/k/a "Michael Levar Grant," being an alien who had previously been deported and removed from the United States to Jamaica, following his conviction in the State of Connecticut Superior Court of the criminal violations set forth in paragraph 2 above, and his conviction in the United States District Court for the District of Connecticut of the violation set forth in paragraph 3 above, was found in the United States, that is, in Danbury, Connecticut, and in Uncasville, Connecticut, without first having obtained the express consent of the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security, to reapply for admission into the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

## COUNT TWO
(Making a False Statement in a Passport Application)

14. The allegations of the Introduction to this Indictment are repeated and incorporated by reference.

15. On or about February 17, 2016, in the District of Connecticut, the defendant, ONIEL WILKS, a/k/a "Michael Levar Grant," willfully and knowingly made and caused to be made a false statement in an application for a passport with the intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his name was "Michael Levar Grant," which statement he knew to be false.

All in violation of Title 18, United States Code, §§ 1542 and 2.

## COUNT THREE
(Aggravated Identity Theft)

16. The allegations of the Introduction to this Indictment are repeated and incorporated by reference.

17. On or about February 17, 2016, in the District of Connecticut, the defendant, ONIEL WILKS, a/k/a "Michael Levar Grant," during and in relation to a crime of making a false statement in a passport application, that is, a violation of Title 18, United States Code, Section 1542, as specified in Count Two, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, the name, date of birth, and Social Security number of Michael Levar Grant.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

*(signature)*
LEONARD C. BOYLE
FIRST ASSISTANT U.S. ATTORNEY

*(signature)*
KAREN L. PECK
ASSISTANT U.S. ATTORNEY